### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Enhanced Sales Potential, LLC,<br><br>Defendant. | Adv. No. 25-51337 |

### CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on November 13, 2025, via

[X]  Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

<u>Defendant</u>
John McCue Musser
Enhanced Sales Potential, LLC
1010 Coves Pheasant Ct
Biltmore Lake, NC 28715-8933

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 13, 2025      */s/ Jean Esslinger*
Jean Esslinger
ASK LLP
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121